ROSE MAGER, AS GENERAL ADMINISTRATRIX, ETC., PLAINTIFF-RESPONDENT, v. UNITED HOSPITALS OF NEWARK, DEFENDANT, AND NEW JERSEY MANUFACTURERS CASUALTY INSURANCE COMPANY, DEFENDANT-PETITIONER.

See same case below: 88 *N. J. Super.* 421.

*Mr. Edward V. Ryan* and *Mr. William J. Gannon* for petitioner.

*Messrs. Harkavy & Lieb* for respondent.

October 19, 1965.   Granted.

ROBERT E. VANZANT, PETITIONER-RESPONDENT, v. INDUSTRIAL DEVELOPMENT CORP., RESPONDENT-PETITIONER.

*Mr. Edward B. Meredith* for petitioner.

*Messrs. Montis & Litowitz* for respondent.

October 19, 1965.   Denied.